# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| WILLIE R. WINTERS JR., | ) | |
| Plaintiff, | ) | Case No. 2:16-cv-01501-JCM-CWH |
| vs. | ) | **ORDER** |
| CLEARSPRING LOAN SERVICES, INC., et al., | ) | |
| Defendants. | ) | |

Presently before the court is Plaintiff Willie R. Winters, Jr.'s Notice of Settlement with Defendant Clearspring Loan Services, Inc. (ECF No. 24), filed on November 10, 2016. On November 25, 2016, the court entered an order requiring those parties to file a stipulated dismissal or a joint status report regarding settlement progress by January 16, 2017. (Min. Order (ECF No. 25).) As of the date of this order, those parties have not filed a stipulation to dismiss and the court has not received a joint status report.

IT IS THEREFORE ORDERED that by February 21, 2017, Plaintiff Willie R. Winters, Jr. and Defendant Clearspring Loan Services, Inc. must file a stipulated dismissal or submit a joint status report to chambers via facsimile at 702-464-5581.

DATED: February 6, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**